# THE REYNAL LAW FIRM, P.C.

July 12, 2024

Lyle Cayce

Clerk, Fifth Circuit Court of Appeals

600 S. Maestri Pl., Suite 115

New Orleans, LA 70130

*Re: Corsi v. Infowars, 21-50964*

Dear Mr. Cayce,

I can advise that FSS's bankruptcy has been dismissed and that Alex Jones' bankruptcy has been converted to a liquidation. Accordingly, no stay remains in place.

Sincerely yours,

F. Andino Reynal

Counsel for Alex Jones and Free Speech Systems, LLC.