# The Reynal Law Firm, P.C.

April 8, 2025

Lyle Cayce
Clerk, Fifth Circuit Court of Appeals
600 S. Maestri Pl., Suite 115
New Orleans, LA 70130

Re: Corsi v. Infowars, 21-50964

Dear Mr. Cayce,

I am writing to advise the Court that Alex Jones remains in bankruptcy and that the bankruptcy stay has not been lifted.

Sincerely yours,

*/s/ F. Andino Reynal*
F. Andino Reynal
Counsel for Alex Jones and Free Speech Systems, LLC.