# THE REYNAL LAW FIRM, P.C.

November 10, 2025

Lyle Cayce

Clerk, Fifth Circuit Court of Appeals

600 S. Maestri Pl., Suite 115

New Orleans, LA 70130

*Re: Corsi v. Infowars, 21-50964*

Dear Mr. Cayce,

I can advise the Court that Alex Jones remains in bankruptcy and that the bankruptcy stay has not been lifted.

Sincerely yours,

/s/ F. Andino Reynal

F. Andino Reynal

Counsel for Alex Jones and Free Speech Systems, LLC.